## CERTIFICATION OF PLAINTIFF

I, Roy Barnes, on behalf of the Teamsters Allied Benefit Funds (Funds"), certify that:

1. I am authorized by the Board of Trustees of the Funds, in my capacity as the General Counsel, to initiate litigation on the Funds' behalf and to execute this Certification.

2. I have reviewed a complaint and I authorize Saxena White P.A. and to act on the Funds' behalf in this matter.

3. The Funds did not acquire the security that is the subject of this action at the direction of counsel, or in order to participate in this private action, or any other litigation under the federal securities laws.

4. The Funds are willing to serve as a Lead Plaintiff or class representative, either individually or as part of a group. The Funds understand that a Lead Plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include providing testimony at deposition and trial, if necessary.

5. Neither I nor the Funds will accept any payments for serving as a representative party on behalf of the class beyond the purchaser's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as approved by the court.

6. The Funds understand that this is not a claim form, and that its ability to share in any recovery as a member of the class is unaffected by the Funds' decision to serve as a representative party or Lead Plaintiff.

7. I have listed below all my transactions in the securities of Thor Industries, Inc. in the class period as follows:

| Type of Security (Common stock) | Purchase/Acquisition or Sale/Disposition | Quantity | Trade Date (mm/dd/yy) | Price per Share/Security ($) |
|---|---|---|---|---|
| SEE ATTACHED SCHEDULE A | | | | |
| | | | | |
| | | | | |
| | | | | |

8. During the three years prior to the date of this Certification, the Funds have only sought to serve, and has served as a representative party for a class in an action filed under the Private Securities Litigation Reform Act, in the following instances:

*In re Lehman Brothers Equity/Debt Securities Litigation, 08 Civ, 5523 (LAK), Southern District of New York*

I declare under penalty of perjury, under the laws of the United States, that the information entered is accurate.

Executed this 24 day of June 2010.

Roy Barnes
Name (print)

Signature

## SCHEDULE A TO CERTIFICATION OF

## The Teamsters Allied Benefit Funds

## Thor Industries, Inc.

| PURCHASES | | |
| --- | --- | --- |
| Date | No. of shares | Price/Share |
| 1/13/2010 | 1,920 | $30.98 |
| 1/13/2010 | 1,610 | $30.98 |
| 1/15/2010 | 1,890 | $31.07 |
| 1/15/2010 | 1,590 | $31.07 |
| 1/19/2010 | 1,860 | $31.45 |
| 1/19/2010 | 1,570 | $31.45 |
| 3/16/2010 | 2,610 | $31.15 |
| 3/16/2010 | 2,200 | $31.15 |

| SALES | | |
| --- | --- | --- |
| Date | No. of shares | Price/Share |
| 1/22/2010 | 460 | 32.12 |
| 1/22/2010 | 400 | 32.12 |