UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
(AT DAYTON)

| | |
|---|---|
| TEAMSTERS ALLIED BENEFIT FUNDS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THOR INDUSTRIES, INC., PETER B. ORTHWEIN, and CHRISTIAN G. FARMAN,<br><br>Defendants. | Civil Action No. 3:10-cv-251<br>(Judge Walter H. Rice) |

**AGREED ORDER TO EXTEND DEADLINE
FOR DEFENDANTS TO RESPOND TO COMPLAINT**

Before the Court is the Agreed Motion to Extend Deadline for Defendants to Respond to Complaint.

The Court finds that this Agreed Motion is not for the purpose of delay and will serve the interests of justice.

The Agreed Motion is GRANTED.

It is ORDERED that the deadline for all Defendants to respond to the Complaint is extended for thirty (30) days, and the Defendants shall answer, move to dismiss, or otherwise plead no later than September 24, 2010.

SIGNED this 25 day of August, 2010.

_____
Walter H. Rice, Judge
United States District Court – S.D. Ohio

AGREED:

| STRAUSS & TROY | AKIN GUMP STRAUSS HAUER & FELD LLP |
|---|---|
| By:/s/ Richard S. Wayne<br>    Richard S. Wayne (0022390)<br>    Thomas P. Glass (0062382)<br>    150 East Fourth Street<br>    Cincinnati, OH 45202-4018<br>    Telephone: (513) 621-2120<br>    Facsimile: (513) 629-9426<br>    E-mail: *rswayne@strausstroy.com*<br>    E-mail: *tpglass@strausstroy.com* | /s/ Michelle Reed<br>Mary L. O'Connor<br>Texas Bar No. 15186900<br>Michelle Reed<br>Texas Bar. No. 24041758<br>1700 Pacific Avenue, Suite 4100<br>Dallas, Texas 75201-4675<br>(214) 969- 2800/Fax: (214) 969-4343<br>E-mail: *moconnor@akingump.com*<br>E-mail: *mreed@akingump.com* |

OF COUNSEL:

SAXENA WHITE
Maya Saxena
Joseph E. White III
Christopher S. Jones
Lester R. Hooker
2424 N. Federal Highway, Suite 257
Boca Raton, FL 33431
Telephone: (561) 394-3399
Facsimile: (561) 391-3082

*Attorneys for Plaintiff*
*Teamsters Allied Benefit Funds*

*Attorneys for Nominal Defendant*
*Thor Industries, Inc. and Defendants*
*Peter B. Orthwein and Christian G. Farman*